IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENN OSBORNE, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 11-2258 |
| | : | |
| NORFOLK SOUTHERN CORP., and | : | |
| NORFOLK SOUTHERN RAILWAY CO., | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER

**AND NOW**, this 25th day of July, 2011, upon consideration of Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company's Motion to Dismiss for Improper Venue (Doc. No. 10), and Plaintiff Glenn Osborne's Response, it is hereby **ORDERED** that the Defendants' Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE